```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT CHARLESTON
```

**UNITED STATES OF AMERICA**

**v.**                                            CRIMINAL NO. 2:19-00082-01

**CHRISTOPHER TYLER**

### MEMORANDUM OPINION AND ORDER

Pending before the court is defendant's motion for a seven-day extension of time to file memoranda regarding defendant's eligibility for a reduced sentence. See ECF No. 72. For good cause shown, that motion is **GRANTED** and the parties shall have until January 13, 2025, to file their memoranda.

The Clerk is **DIRECTED** to send a copy of this Memorandum Opinion and Order to counsel of record and the United States Probation Office.

**IT IS SO ORDERED** this 30th day of December, 2024.

ENTER:

_David A. Faber_ (signature)
David A. Faber
Senior United States District Judge